# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| James Carpenter, | Civil No. 15-120 (MJD/JJK) |
| Plaintiff, | |
| v. | **ORDER** |
| Extendicare Health Services Inc., Texas Terrace Nursing Home, Jennifer Kuhn, Bernice Davis, Jane Does 1-3, and R.N. Kody, and John/Jane Doe x25, | |
| Defendants. | |

James Carpenter, pro se Plaintiff.

Jamie L. Jonassen, Esq., for the Defendants.

Based upon the Report and Recommendation by U.S. Magistrate Judge Jeffrey J. Keyes, dated October 26, 2015, with all the files and records, and no objections having been filed to said Recommendation, **IT IS HEREBY ORDERED** that Defendants' Motion to Dismiss (Doc. No. 21) be **GRANTED** and this action be **dismissed**.  LET JUDGMENT BE ENTERED.

Date:  November 30, 2015

s/Michael J. Davis
Michael J. Davis
United States District Court Judge